NORIS FOREIGN TECHNICAL AND TRADE CORPORATION, Respondent, v. U. S. BRENNER CORP. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Settle order on notice which shall provide a new date for the examination and the name of the officer to be examined. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

In the Matter of ADELE F. GOODMAN, Respondent, against JOSEPH GOLDBERG, as Local Rent Administrator of the State of New York, Lower Manhattan Area, et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements, the petition dismissed and the order of the State Rent Administrator reinstated. Considering the provisions of sections 54 and 55 of the Rent and Eviction Regulations of the Temporary State Housing Rent Commission, we think that the holding of Special Term, that there was no reasonable basis for the issuance of the certificate, was unwarranted. Settle order on notice. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

S. M. H. TRADING CORPORATION, Appellant, v. MIGUEL PONT MARIMON, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Sufficient evidentiary facts are shown to support the warrant on a claim by plaintiff against defendant for money had and received. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

HARRY SALLS, Respondent, v. FIRESTONE TIRE & RUBBER COMPANY, INC., Appellant, et al., Defendants.— Order unanimously modified by granting the motion to preclude with respect to items 11, 12b and 12d unless a further bill is served and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

PAUL KELLNER, Respondent, v. RUSSELL E. DUVERNOY et al., Appellants.— Order modified by granting all items except 2 and 6 and by limiting the examination under items 3, 4, 8, 10, 11, 12 and 13 to facts and circumstances bearing upon the actions by plaintiff with respect to said matters and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm. Settle order on notice.